FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 12-17321 | | | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- | --- | --- |
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | | | Date Filed (f) or Converted (c): | 03/27/2012 (f) |
| For the Period Ending: | 09/30/2016 | | | §341(a) Meeting Date: | 05/01/2012 |
| | | | | Claims Bar Date: | 07/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Interstate Investment Group, LLC properties | Unknown | $79,436.03 | | $476,661.08 | FA |
| 2 | Real Property Holdings, LLC | Unknown | $79,436.03 | | $79,436.03 | FA |
| 3 | National Financial Solutions, LLC | Unknown | $79,436.03 | | $79,436.03 | FA |
| 4 | Lexigon | Unknown | $79,436.03 | | $79,436.03 | FA |
| 5 | Carolina Trading Group, LLC | Unknown | $79,436.00 | | $79,436.00 | FA |
| 6 | Causes of action against Odell Barnes | $0.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | settlement funds deposited into kastanes as directed by settlement order. | | | | | |
| 7 | Causes of Action against Lindsey A Anderson Hayg | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | evaluated. no value or claim. | | | | | |
| 8 | Causes of action against Brooke Anderson | Unknown | $0.00 | | $0.00 | FA |
| 9 | Causes of action against LMA, LLC | Unknown | $0.00 | | $0.00 | FA |
| 10 | CofA against George and Teresa Kastanes | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Settlement recorded in asset #27  Causes of Action re: Claimed Homestead | | | | | |
| 11 | Causes of action against Theodore Alexander Kast | Unknown | $0.00 | | $0.00 | FA |
| 12 | CofA against George and Teresa Kastanes | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Causes of action re: Non- Homestead issues | | | | | |
| 13 | Causes of Action against Ashley Kastanes | Unknown | $0.00 | | $0.00 | FA |
| 14 | Causes of Action against ALA, LLC | Unknown | $0.00 | | $0.00 | FA |
| 15 | Causes of Action against Rudolpho Parajon | Unknown | $0.00 | | $0.00 | FA |
| 16 | Causes of Action against Paradigm, LLC | Unknown | $0.00 | | $0.00 | FA |
| 17 | Causes of action against TAK Homes, LLC | Unknown | $0.00 | | $0.00 | FA |
| 18 | Cause of Action against LMA Investment Group, LL | Unknown | $0.00 | | $0.00 | FA |
| 19 | Bank of America - Paradigm REO LLC acct 2044  (u) | $40.23 | $40.23 | | $40.23 | FA |
| 20 | Rent Collected | Unknown | N/A | | $9,888.61 | FA |
| 21 | Allegheny County - Restitution  (u) | $10.00 | $10.00 | | $10.00 | FA |
| 22 | Aiken Electric Cooperative  (u) | $1.52 | $1.52 | | $1.52 | FA |
| 23 | County of Lexington - Tax Sale Overage  (u) | $96.12 | $96.12 | | $96.12 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Date Filed (f) or Converted (c): | 03/27/2012 (f) |
| For the Period Ending: | 09/30/2016 | §341(a) Meeting Date: | 05/01/2012 |
| | | Claims Bar Date: | 07/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 Snapping Shoals - Inactive Refund (u) | $95.18 | $95.18 | | $95.18 | FA |
| 25 Kenneth C. Hanson re Paradigm REO, LLC (u) | $23,327.98 | $23,327.98 | | $23,327.98 | FA |
| 26 Salkin v. Bank of America, NA (u) | $45,000.00 | $45,000.00 | | $45,000.00 | FA |
| Asset Notes: Adversary Proceeding 13-01210 | | | | | |
| 27 1201 S. Ocean Dr., #2206, Hollywood, FL (u) | $321,200.00 | $321,200.00 | | $321,200.00 | FA |
| Asset Notes: Asset transferred from Jointly Administered case 12-10274 per Order Conveying Real Property in Adv. Proceeding 12-01319 (ECF #72) and Notice of Filing in lead case case (ECF #707); See Footnote re. prop no. 10 | | | | | |
| 28 Two Easements (u) | $500.00 | $500.00 | | $500.00 | FA |
| 29 Settlement w/Luther Glenn Taylor (u) | $37,298.71 | $37,298.71 | | $37,298.71 | FA |
| Asset Notes: Judgment entered on balance of $262,698.93, plus interest 10% per annum | | | | | |
| 30 Surplus from tax foreclosure sale of real (u) | $16,644.79 | $16,644.79 | | $16,644.79 | FA |
| Asset Notes: property located at 19272 US Highway 64, Williamston, NC 27892 | | | | | |
| 31 asset entered in error (u) | $0.00 | $0.00 | | $0.00 | FA |
| 32 asset entered in error (u) | $0.00 | $0.00 | | $0.00 | FA |
| 33 Claims against Paramount (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$444,214.53     $841,394.65     $1,248,508.31     $0.00

**Major Activities affecting case closing:**

09/21/2016    1. Jointly administered with 12-10274; Kastanes (Lead Case); Trustee sold right, title and interest in real estate and has retained counsel to bring chapter 5 causes of action. Numerous adversary proceedings resolved. Objections pending to fee applications. Once resolved, case will be in process of closing.

           2. CBD: 7/31/12; claims objections mostly resolved, one pending. 9/21/16 SLS

           3. Tax returns prepared by Kapila's office.

| Initial Projected Date Of Final Report (TFR): | 03/31/2014 | Current Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ SONYA L. SALKIN |
|---|---|---|---|---|
| | | | | SONYA L. SALKIN |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******1365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2012 | (20) | KRISTAL D BARNETT | RENT COLLECTED | 1122-000 | $39.61 | | $39.61 |
| 04/18/2012 | (21) | ALLEGHENY COUNTY DEPT. OF COURT RECORDS | RESTITUTION - CK. RETURNED "REFER TO MAKER" | 1221-000 | $10.00 | | $49.61 |
| 04/18/2012 | (22) | AIKEN ELECTRIC COOPERATIVE, INC. | ACCTS. REC. | 1221-000 | $1.52 | | $51.13 |
| 04/24/2012 | (21) | BNY MELLON | CK FROM ALLEGHENY CO. COURT RECORDES RETURNED "REFER TO MAKER", DEPOSIT #100001-3 | 1221-000 | ($10.00) | | $41.13 |
| 05/07/2012 | (21) | ALLEGHENY COUNTY DEPT OF COURT RECORDS- CRIMINAL | REPLACES RETURNED CK - RESTITUTION | 1221-000 | $10.00 | | $51.13 |
| 06/08/2012 | (19) | PARADIGM REO, LLC | TURNOVER FUNDS IN PARADIGM BANK ACCOUNT PER VERBAL DEMAND ON 4/26/12 | 1229-000 | $40.23 | | $91.36 |
| 06/19/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $566.36 |
| 06/19/2012 | (20) | RYAN BOYKIN | RENT COLLECTED | 1122-000 | $305.00 | | $871.36 |
| 06/19/2012 | (20) | THE HOUSING AUTHORITY OF THE CITY OF AUGUSTA | RENT COLLECTED | 1122-000 | $511.00 | | $1,382.36 |
| 06/20/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $1,857.36 |
| 06/20/2012 | (20) | SONYA L. SALKIN, TRUSTEE FOR THE ESTATE OF GEORGE A KASTANES | MOVE RENT COLLECTED FUNDS FROM KASTANES 12-10274 FOR PARADIGM REO, LLC WHICH WAS CONSOLIDATED INTO INTERESTATE INVESTMENT GROUP LLC (ECF #290) PER ORDER DATED 6/14/12 (ECF #347, LEAD CASE) - RENT COLLECTED | 1122-000 | $1,109.00 | | $2,966.36 |
| 06/20/2012 | (20) | THE HOUSING AUTHORITY OF THE CITY OF AUGUSTA, GEORGIA | RENT COLLECTED | 1122-000 | $511.00 | | $3,477.36 |
| 06/28/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $3,771.36 |
| 06/28/2012 | (20) | RYAN BOYKIN | RENT COLLECTED | 1122-000 | $275.00 | | $4,046.36 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,021.36 |
| | | | | **SUBTOTALS** | $4,046.36 | $25.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******1365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2012 | (20) | THE HOUSING AUTHORITY OF THE CITY OF AUGUSTA, GEORGIA | RENT COLLECTED | 1122-000 | $511.00 | | $4,532.36 |
| 07/18/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $5,007.36 |
| 07/19/2012 | (23) | COUNTY OF LEXINGTON | TAX SALE OVERAGE | 1229-000 | $96.12 | | $5,103.48 |
| 07/19/2012 | (24) | SNAPPING SHOALS | INACTIVE REFUND-RETURNED "REFER TO MAKER" 7/25/12 - CHECK TO BE REISSUED | 1221-000 | $95.18 | | $5,198.66 |
| 07/25/2012 | (24) | SNAPPING SHOALS | Reversed Deposit 100009 2 RETURNED "REFER TO MAKER" 7/25/12 - CHECK TO BE REISSUED | 1221-000 | ($95.18) | | $5,103.48 |
| 07/26/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $5,397.48 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,372.48 |
| 08/06/2012 | (24) | SNAPPING SHOALS | INACTIVE REFUND - REPLACES CK RETURNED FROM DEPOSIT 100009-2 "REFER TO MAKER" | 1221-000 | $95.18 | | $5,467.66 |
| 08/15/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $5,942.66 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,917.66 |
| 09/05/2012 | (20) | KRISTIE OR TODD HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $6,211.66 |
| 09/14/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $6,686.66 |
| 09/14/2012 | (25) | HANSON LAW FIRM, P.A. | TURNOVER FUNDS PER ORDER DATED 9/5/12 (ECF #491 IN LEAD CASE) | 1210-000 | $23,327.98 | | $30,014.64 |
| 09/19/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $30,308.64 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $29.80 | $30,278.84 |
| 10/05/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $30,753.84 |
| 10/11/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $31,047.84 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $69.34 | $30,978.50 |
| 11/06/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $31,453.50 |
| 11/18/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $31,747.50 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $64.42 | $31,683.08 |

**SUBTOTALS**   $27,875.28   $213.56

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No.               | 12-17321                        | Trustee Name:               | Sonya L. Salkin          |
|------------------------|---------------------------------|-----------------------------|--------------------------|
| Case Name:             | INTERSTATE INVESTMENT GROUP, LLC | Bank Name:                  | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4462                      | Checking Acct #:            | ******1365               |
| Co-Debtor Taxpayer ID #: |                               | Account Title:              | Checking Account         |
| For Period Beginning:  | 01/01/2000                      | Blanket bond (per case limit): | $129,177,000.00       |
| For Period Ending:     | 09/30/2016                      | Separate bond (if applicable): |                       |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2012 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $31,977.08 |
| 12/04/2012 | (20) | MATTHEW MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $32,452.08 |
| 12/12/2012 | | DCM INVESTMENT FUND I LLC | INCOMING WIRE - BACK UP BIDDER (FUNDS RETURNED 1/17/13, CK#11001) PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | 1280-000 | $100,000.00 | | $132,452.08 |
| 12/17/2012 | (1) | Law Offices of Manny Singh, P.A. Trust Account | DEPOSIT RE SALE OF IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | 1110-000 | $100,000.00 | | $232,452.08 |
| 12/17/2012 | (29) | WINGED FOOT TITLE LLC | INCOMING WIRE TRANSFER RE: PARTIAL PMT. FROM LUTHER GLENN TAYLOR ON SETTLEMENT PER ORDER DATED 10/1/12 (ECF #523, LEAD CASE) | 1249-000 | $18,213.71 | | $250,665.79 |
| 12/18/2012 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********3088 ****1218 | 9999-000 | | $150,665.79 | $100,000.00 |
| 01/08/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********3088 ****0108 | 9999-000 | | $100,000.00 | $0.00 |

SUBTOTALS   $218,982.71   $250,665.79

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******1365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **TOTALS:** | $250,904.35 | $250,904.35 | $0.00 |
|  | **Less: Bank transfers/CDs** | $0.00 | $250,665.79 | |
|  | **Subtotal** | $250,904.35 | $238.56 | |
|  | **Less: Payments to debtors** | $0.00 | $0.00 | |
|  | **Net** | $250,904.35 | $238.56 | |

**For the period of 01/01/2000 to 09/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $250,904.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,904.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $238.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $238.56 |
| Total Internal/Transfer Disbursements: | $250,665.79 |

**For the entire history of the account between 04/18/2012 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $250,904.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,904.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $238.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $238.56 |
| Total Internal/Transfer Disbursements: | $250,665.79 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 12-17321 | | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- | --- |
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4462 | | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 01/01/2000 | | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2015 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $688,229.97 | | $688,229.97 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $179.12 | $688,050.85 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,110.30 | $686,940.55 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,108.51 | $685,832.04 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,071.02 | $684,761.02 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,104.99 | $683,656.03 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,067.62 | $682,588.41 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,101.49 | $681,486.92 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,096.70 | $680,390.22 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,024.30 | $679,365.92 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,093.29 | $678,272.63 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,056.32 | $677,216.31 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,089.83 | $676,126.48 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,052.98 | $675,073.50 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,086.38 | $673,987.12 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,084.64 | $672,902.48 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,047.96 | $671,854.52 |

**SUBTOTALS** $688,229.97  $16,375.45

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******0334 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $688,229.97 | $16,375.45 | $671,854.52 |
| | | | Less: Bank transfers/CDs | | $688,229.97 | $0.00 | |
| | | | Subtotal | | $0.00 | $16,375.45 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $16,375.45 | |

**For the period of 01/01/2000 to 09/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $688,229.97 |
| | |
| Total Compensable Disbursements: | $16,375.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,375.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/26/2015 to 9/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $688,229.97 |
| | |
| Total Compensable Disbursements: | $16,375.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,375.45 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******9166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2012 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $150,665.79 | | $150,665.79 |
| 12/20/2012 | (1) | MANNY SINGH | ADDITIONAL DEPOSIT RE SALE OF IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | 1110-000 | $75,000.00 | | $225,665.79 |
| 12/20/2012 | (1) | MANNY SINGH | ADDITIONAL DEPOSIT RE SALE OF IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | 1110-000 | $275,000.00 | | $500,665.79 |
| 12/31/2012 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $315.78 | $500,350.01 |
| 01/04/2013 | (28) | CITY OF CLEVELAND | RE: HARVARD AVENUE BRIDGE PROJECT-SALE OF TWO EASEMENTS PER ORDER DATED 10/11/12 (ECF #500, LEAD CASE) | 1210-000 | $500.00 | | $500,850.01 |
| 01/07/2013 | (20) | KRISTIE HELMS | RENT COLLECTED | 1122-000 | $294.00 | | $501,144.01 |
| 01/07/2013 | (20) | MATTHEW M MILLER | RENT COLLECTED | 1122-000 | $475.00 | | $501,619.01 |
| 01/09/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $100,000.00 | | $601,619.01 |
| 01/17/2013 | 11001 | DCM INVESTMENT FUND I, LLC | RETURN OF DEPOSIT PER ORDER DATED 1/14/13 (ECF #618, LEAD CASE) | 8500-002 | | $100,000.00 | $501,619.01 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $749.75 | $500,869.26 |
| 02/01/2013 | | ETHAN REAL ESTATE | BAL. OF SALE PROCEDEDS RE SALE OF IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | * | $146,860.24 | | $647,729.50 |
| | {4} | | | $67,424.24 | 1110-000 | | $647,729.50 |
| | {5} | | | $79,436.00 | 1110-000 | | $647,729.50 |

SUBTOTALS   $748,795.03   $101,065.53

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******9166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2013 | | ETHAN REAL ESTATE | BAL. OF SALE PROCEEDS RE SALE OF IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | * | $197,500.00 | | $845,229.50 |
| | {1} | | $26,616.15 | 1110-000 | | | $845,229.50 |
| | {2} | | $79,436.03 | 1110-000 | | | $845,229.50 |
| | {3} | | $79,436.03 | 1110-000 | | | $845,229.50 |
| | {4} | | $12,011.79 | 1110-000 | | | $845,229.50 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,030.29 | $844,199.21 |
| 03/13/2013 | 11002 | NATIONAL AUCTION COMPANY | 10% BUYER'S PREMIIUM RE: SALE OF PROPERTIES FROM IIG PORTFOLIO PER ORDER DATED 1/29/13 (ECF #646 LEAD CASE) | 3610-002 | | $72,214.57 | $771,984.64 |
| 03/19/2013 | (1) | SERVICE LINK | REFUND FOR OVERPMT OF FEES ON SALE OF PROPERTIES | 1110-000 | $9.03 | | $771,993.67 |
| 03/20/2013 | (1) | SERVICE LINK | REFUND FOR OVERPMT OF FEES ON SALE OF PROPERTIES | 1110-000 | $35.90 | | $772,029.57 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,125.32 | $770,904.25 |
| 04/04/2013 | | TYLER A GOLD PA | INCOMING WIRE TRANSFER RE SALE OF CONDO PER NOTICE DATED 11/21/12 AND ORDER DATED 3/7/13 (ECF #692 LEAD CASE) | * | $241,870.19 | | $1,012,774.44 |
| | | | Settlement charges ($108.00) | 2500-000 | | | $1,012,774.44 |
| | | | Assessments 04/01 to 04/03 ($45.05) | 2820-000 | | | $1,012,774.44 |
| | | | County taxes 01/01 to 04/03 ($1,690.04) | 2820-000 | | | $1,012,774.44 |
| | | | 2012 RE Taxes ($6,906.21) | 2820-000 | | | $1,012,774.44 |
| | | | Buyer's Premium ($29,200.00) | 3610-002 | | | $1,012,774.44 |
| | | | Past Due Maintenance ($9,260.51) | 4120-000 | | | $1,012,774.44 |
| | {27} | | Gross Sale $289,080.00 | 1210-000 | | | $1,012,774.44 |
| | | | **SUBTOTALS** | | $439,415.12 | $74,370.18 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No.: | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******9166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/24/2013 | 11003 | JOSEPH BRIEN, ESQ. | SETTLEMENT FROM PROCEEDS OF SALE OF CONDO PER ORDER DATED 10/2/12 (ECF #526, LEAD CASE) | 2990-000 | | $15,000.00 | $997,774.44 |
| 04/26/2013 | (27) | SONYA SALKIN, TRUSTEE FOR THE ESTATE OF GEORGE A. KASTANES | TRANSFER FUNDS RE: DEPOSIT ON SALE OF PROPERTY TO JOINTLY ADMINISTERED CASE PER ORDER DATED 4/19/13, (ECF #718, LEAD CASE) DEPOSIT PER ORDER DATED 3/7/13 (ECF #692, LEAD CASE) | 1210-000 | $32,120.00 | | $1,029,894.44 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,485.80 | $1,028,408.64 |
| 05/16/2013 | | DCM INVESTMENT FUND I LLC | INCOMING WIRE TRANSFER RE: DEPOSIT (FUNDS RETURNED 8/13/13) | 1280-002 | $1,150.00 | | $1,029,558.64 |
| 05/31/2013 | (29) | TITLE SPECIALISTS OF THE GULF COAST | INCOMING WIRE TRANSFER RE: PARTIAL PMT. FROM LUTHER GLENN TAYLOR ON SETTLEMENT PER ORDER DATED 10/1/12 (ECF #523, LEAD CASE) | 1249-000 | $19,085.00 | | $1,048,643.64 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,529.35 | $1,047,114.29 |
| 06/17/2013 | 11004 | SALKIN, MOFFA & BONACQUISTI | INTERIM ATTORNEY FOR TRUSTEE EXPENSES PER ORDER DATED 6/14/13 (ECF #775, LEAD CASE) | 3120-000 | | $43,459.62 | $1,003,654.67 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,389.04 | $1,002,265.63 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,585.77 | $1,000,679.86 |
| 08/13/2013 | 11005 | DCM INVESTMENT FUND I LLC | RETURN DEPOSIT PER ORDER DATED 8/5/13 (ECF #807 LEAD CASE) | 8500-002 | | $1,150.00 | $999,529.86 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,439.22 | $998,090.64 |
| 09/08/2013 | 11006 | SALKIN, MOFFA & BONACQUISTI | ATTORNEY FOR TRUSTEE INTERIM FEES PER ORDER DATED 9/4/13 (ECF #827, LEAD CASE) | 3110-000 | | $349,193.20 | $648,897.44 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,103.13 | $647,794.31 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,025.03 | $646,769.28 |
| | | | **SUBTOTALS** | | $52,355.00 | $418,360.16 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 10

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******9166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $868.26 | $645,901.02 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,021.97 | $644,879.05 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $958.48 | $643,920.57 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $864.44 | $643,056.13 |
| 03/28/2014 | (30) | TONYA C. LEGGETT CLERK OF SUPERIOR COURT | TURNOVER SURPLUS FOR TAX FORECLOSURE SALE OF NC PROPERTY PER ORDER DATED 1/30/14 (ECF #944 LEAD CASE) | 1210-000 | $16,644.79 | | $659,700.92 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $894.11 | $658,806.81 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,009.26 | $657,797.55 |
| 05/12/2014 | 11007 | HULL BARRETT, PC | SPECIAL COUNSEL FEES: $663.50; COSTS: $53.52 PER ORER DATED 5/5/14 | * | | $717.02 | $657,080.53 |
| | | | SPECIAL COUNSEL FEES          ($663.50) | 3210-600 | | | $657,080.53 |
| | | | SPECIAL COUNSEL EXPENSES      ($53.52) | 3220-610 | | | $657,080.53 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $945.90 | $656,134.63 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $912.29 | $655,222.34 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,036.77 | $654,185.57 |
| 08/12/2014 | (26) | BANK OF AMERICA CORP. | SETTLEMENT RECEIVED PER ORDER DATED 3/6/14 (ECF #952 LEAD CASE) | 1249-000 | $45,000.00 | | $699,185.57 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $944.10 | $698,241.47 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,071.27 | $697,170.20 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,036.20 | $696,134.00 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $901.15 | $695,232.85 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,133.36 | $694,099.49 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $998.36 | $693,101.13 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $930.46 | $692,170.67 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $1,061.95 | $691,108.72 |
| | | | | **SUBTOTALS** | **$61,644.79** | **$17,305.35** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| Case No. | 12-17321 | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4462 | Checking Acct #: | ******9166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 09/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $994.05 | $690,114.67 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $959.54 | $689,155.13 |
| 06/26/2015 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $925.16 | $688,229.97 |
| 06/26/2015 | | Bank of Texas | Transfer Funds | 9999-000 | | $688,229.97 | $0.00 |
| | | | TOTALS: | | $1,302,209.94 | $1,302,209.94 | $0.00 |
| | | | Less: Bank transfers/CDs | | $250,665.79 | $688,229.97 | |
| | | | Subtotal | | $1,051,544.15 | $613,979.97 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,051,544.15 | $613,979.97 | |

| For the period of 01/01/2000 to 09/30/2016 | | For the entire history of the account between 12/19/2012 to 9/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,097,603.96 | Total Compensable Receipts: | $1,097,603.96 |
| Total Non-Compensable Receipts: | $1,150.00 | Total Non-Compensable Receipts: | $1,150.00 |
| Total Comp/Non Comp Receipts: | $1,098,753.96 | Total Comp/Non Comp Receipts: | $1,098,753.96 |
| Total Internal/Transfer Receipts: | $250,665.79 | Total Internal/Transfer Receipts: | $250,665.79 |
| | | | |
| Total Compensable Disbursements: | $458,625.21 | Total Compensable Disbursements: | $458,625.21 |
| Total Non-Compensable Disbursements: | $202,564.57 | Total Non-Compensable Disbursements: | $202,564.57 |
| Total Comp/Non Comp Disbursements: | $661,189.78 | Total Comp/Non Comp Disbursements: | $661,189.78 |
| Total Internal/Transfer Disbursements: | $688,229.97 | Total Internal/Transfer Disbursements: | $688,229.97 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| | |
|---|---|
| Case No. | 12-17321 |
| Case Name: | INTERSTATE INVESTMENT GROUP, LLC |
| Primary Taxpayer ID #: | **-***4462 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2000 |
| For Period Ending: | 09/30/2016 |

| | |
|---|---|
| Trustee Name: | Sonya L. Salkin |
| Bank Name: | Rabobank, N.A. |
| Checking Acct #: | ******9166 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $129,177,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,302,448.50 | $630,593.98 | $671,854.52 |

**For the period of 01/01/2000 to 09/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $1,348,508.31 |
| Total Non-Compensable Receipts: | $1,150.00 |
| Total Comp/Non Comp Receipts: | $1,349,658.31 |
| Total Internal/Transfer Receipts: | $938,895.76 |
| | |
| Total Compensable Disbursements: | $475,239.22 |
| Total Non-Compensable Disbursements: | $202,564.57 |
| Total Comp/Non Comp Disbursements: | $677,803.79 |
| Total Internal/Transfer Disbursements: | $938,895.76 |

**For the entire history of the account between 12/19/2012 to 9/30/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $1,348,508.31 |
| Total Non-Compensable Receipts: | $1,150.00 |
| Total Comp/Non Comp Receipts: | $1,349,658.31 |
| Total Internal/Transfer Receipts: | $938,895.76 |
| | |
| Total Compensable Disbursements: | $475,239.22 |
| Total Non-Compensable Disbursements: | $202,564.57 |
| Total Comp/Non Comp Disbursements: | $677,803.79 |
| Total Internal/Transfer Disbursements: | $938,895.76 |